908

No. 82–6324.  CYNTJE *v.* GOVERNMENT OF THE VIRGIN ISLANDS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–6328.  KINSLOW ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 82–6330.  BRADEN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–6331.  LEWIS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–6333.  BREWER *v.* WEGMANN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–6336.  PERRY *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 82–6338.  AARON *v.* VILLALOBOS.  C. A. 9th Cir.  Certiorari denied.

No. 82–6343.  SMITH *v.* BORDENKIRCHER, WARDEN, WEST VIRGINIA STATE PENITENTIARY.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 82–6345.  BYRD *v.* STEPHENSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–6347.  BROWN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–6348.  BROWN *v.* ST. LOUIS POLICE DEPARTMENT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 82–6351.  DONALDSON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 82–6358.  SWEEZY *v.* GARRISON, WARDEN.  C. A. 4th Cir.  Certiorari denied.